THE PEOPLE OF THE STATE OF NEW YORK ex rel. VEDBEL CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued October 8, 1947; decided November 13, 1947.

*W. Randolph Montgomery* for appellant.

*Charles E. Murphy, Corporation Counsel (Anthony Curreri, William F. Murphy* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.